1  **O'HAGAN MEYER**
2  Clint D. Robison (SBN 158834)
   Samantha Squillante (SBN 318582)
3  21550 Oxnard Street, Suite 1050
4  Woodland Hills, CA 91367
   Telephone: (213) 306-1610
5  Facsimile: (213) 306-1615
6  crobison@ohaganmeyer.com
   ssquillante@ohaganmeyer.com
7
8  Attorneys for Defendants
   Bebe Stores, Inc. and BB Brand Holdings LLC
9

10             **UNITED STATES DISTRICT COURT**
11             **CENTRAL DISTRICT OF CALIFORNIA**
12

| DECKERS OUTDOOR CORPORATION, a Delaware Corporation, | Case No.: 2:21-cv-04355-FMO-JPR |
|---|---|
| Plaintiff, | **DEFENDANTS' NOTICE OF INTERESTED PARTIES** |
| vs. | **[FED. R. CIV. P. 7.1; CIVIL L.R. 7.1-1]** |
| BEBE STORES, INC., a California Corporation; BB BRAND HOLDINGS LLC, a Delaware Limited Liability Company; and DOES 1-10, inclusive, | |
| Defendants, | |

**NOTICE OF INTERESTED PARTIES**

Pursuant to Fed. R. Civ. P. 7.1 and Local Civ. R. 7.1-1, the undersigned, counsel of record for Defendants Bebe Stores, Inc. and BB Brand Holdings LLC, certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

Defendant BB Brand Holdings has two partners, Bebe Stores, Inc. and BB Brand Management, LLC.

Defendant Bebe Stores, Inc. has no parent corporation.  However, B. Riley Financial, Inc. (NASDAQ: RILY) holds over 10% of the outstanding shares of common stock in Bebe Stores, Inc.

Interested party Zigi USA LLC has no parent corporation, and no publicly held company owns 10% or more of its stock.

Dated:  July 28, 2021                O'HAGAN MEYER, PLLC

/s/CLINT D. ROBISON
Clint D. Robison (SBN 158834)
Samantha Squillante (SBN 318582)
Attorneys for Defendants
Bebe Stores, Inc. and BB Brand Holdings LLC